| AUSA: | Ranya Elzein | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Allison Bowers FBI | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:26−mj−30238 |
| v. | | Assigned To : Unassigned |
| Kyohn Green-Burton | Case No. | Assign. Date : 4/27/2026 |
| | | Description: CMP USA V. |
| | | GREEN−BURTON (DJ) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 7, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Allison Bowers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 27, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Allison Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since January 2020 and am currently assigned to the Detroit Division. I currently work on the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I have experience investigating child sexual exploitation and human trafficking crimes and have also been trained specifically on these types of investigations. I have gained experience through training and everyday work relating to conducting child exploitation investigations. I have also consulted with numerous other SEMTEC agents, including those that have worked on crimes against children investigations to include child pornography and child sexual exploitation.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal

1

complaint and arrest warrant for Kyohn Green-Burton for violation of 18 U.S.C. § 2251(a) (production of child pornography).

4.     The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.     This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Green-Burton has violated Title 18 U.S.C. § 2251(a).

## PROBABLE CAUSE

6.     In March 2026, I received information from the Detroit police department regarding allegations that Kyohn Green-Burton was sex trafficking MV-1. MV-1 is a real person whose identity I know and who was born in December 2009.

7.     Previously, in December 2025, SEMTEC recovered MV-1 during an undercover sex trafficking operation. MV-1 provided consent to search her cell phone at the time she was recovered.

8.      I reviewed the contents of MV-1's phone and found a text thread between MV-1 and phone number xxx-xxx-9970 (x9970). The text thread starts on or around October 14, 2025, and continues through December 15, 2025, which is the date SEMTEC recovered MV-1.

9.      I have probable cause to believe the individual using x9970 to text with MV-1 between October 2025 and December 2025 is Green-Burton for the following reasons.

a.  First, MV-1 refers to the individual she is texting at number x9970 as "Kyohn" multiple times throughout the text thread.

b.  Second, Green-Burton is on parole with the Michigan Department of Corrections, and he provided phone number x9970 to the Michigan Department of Corrections in April 2025.

c.  Third, an MDOC agent arrested Green-Burton on March 20, 2026 and seized his cellular phone. I searched that phone pursuant to a search warrant and discovered phone number x9970 was a number previously utilized by Green-Burton. Specifically, I located a text thread between phone number x9970 and phone number xxx-xxx-xx29, which I know was a phone number previously utilized by MV-1. This text thread begins on or around January 12, 2026, and continues until March 18, 2026.

3

d.  Finally, I located photographs of MV-1, including those that constitute child sexually abusive material, on Green-Burton's phone.

10.    The text thread between MV-1 and who I believe to be Green-Burton that I found on MV-1's phone includes discussions of MV-1's commercial sex work and Green-Burton instructing MV-1 to send him sexually explicit videos.

11.    For example, on December 7, 2025, at approximately 8:27 PM, the following text conversation occurred between MV-1 and x9970. MV-1 sent x9970 a video of her dancing. The video shows her face and her nude body. MV-1's exposed vagina is depicted in the video. x9970 sent a text to MV-1 asking MV-1 to bend over and to "let me see it." MV-1 then sent an 11-second video of her bending over, and the camera captures her buttocks and exposed vagina. MV-1's face is partially visible in the video.

12.    x9970 then sent MV-1 a text directing MV-1 to spread her "pussy." MV-1 responded with an 8-second video of her exposed buttocks. MV-1 sent x9970 a text asking if MV-1 should remake the video. x9970 responded with "uh huh" and "please."

13.    MV-1 sent a video at approximately 8:53 PM, which is 4-seconds long and depicts MV-1 bending over and spreading her buttocks to expose her vagina to the camera. A tattoo is depicted on her left arm, which matches a tattoo of MV-1's that I have seen on her.

14.     I reviewed the four videos MV-1 sent to x9970 in the aforementioned text exchange, and three of the four videos meet the federal definition of child sexually abusive material.

15.     MV-1's cellular phone is an Apple iPhone that was manufactured outside of the state of Michigan. I know, based on a Google search, that Apple iPhones are manufactured and assembled primarily in China. Accordingly, there is probable cause to believe MV-1's cellular phone traveled in or affected interstate commerce. Additionally, in my training and experience, I know that sending and receiving text messages requires the use of the internet.

## CONCLUSION

16.     Based on the foregoing, there is probable cause to believe that Kyohn Green-Burton violated 18 U.S.C. §§ 2251(a) (production of child pornography).

Respectfully submitted,

Allison Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date:     April 27, 2026